# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JAMES WOLFRAM, *et al.*,

    Plaintiffs,

vs.

PHH CORPORATION, *et al.*,

    Defendants.

Case No. 1:12-cv-599

Judge Timothy S. Black
Magistrate Judge Karen L. Litkovitz

## ORDER GRANTING APPLICATIONS FOR ADMISSION *PRO HAC VICE* (Docs. 9, 10)

Before the Court are the Applications for Admission *Pro Hac Vice* from Andrew G. Chase and Paul J. Lukas. (Docs. 9, 10).

Messrs. Chase and Lukas are attorneys in good standing and consent to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission *Pro Hac Vice*, their Applications for Admission to represent Defendants PHH Corporation, PHH Mortgage Corporation and PHH Home Loans, LLC, in this matter are hereby **GRANTED**, and they are admitted to practice as **co-counsel** on behalf of Defendants PHH Corporation, PHH Mortgage Corporation and PHH Home Loans, LLC.

**IT IS SO ORDERED**.

DATE: 8/31/12

Timothy S. Black
United States District Judge