UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES WOLFRAM, *et al.*,

    Plaintiffs,

vs.

PHH CORPORATION, *et al.*,

    Defendants.

Case No. 1:12-cv-599

Judge Timothy S. Black

## SECOND AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to amend the calendar. (Doc. 93). The motion is hereby **GRANTED**, the previous calendar (Doc. 86) is **VACATED**, and the Court enters the following Second Amended Calendar:

| | |
|---|---|
| Discovery deadline: | **January 30, 2014** |
| Non-dispositive motion deadline: | **March 3, 2014** |
| Dispositive motion deadline:[1] | **May 5, 2014** |
| Decertification motion deadline: | **May 5, 2014** |
| Status Conference by telephone parties shall call 1-888-684-8852:[2] | **June 2 2014 at 10:30 a.m.** |
| Plaintiffs' expert witness deadline: | **June 30, 2014** |
| Plaintiffs' expert report deadline: | **July 30, 2014** |
| Defendants' expert witness deadline: | **July 30, 2014** |
| Defendants' expert report deadline: | **September 1, 2014** |
| Rebuttal expert deadline: | **September 1, 2014** |
| Final pretrial conference in Cincinnati Chambers, Room 815: | **October 27, 2014 at 10:00 a.m.** |
| Jury Trial in Cincinnati: | **November 3, 2014 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date: 9/25/2013

_s/Timothy S. Black_____
Timothy S. Black
United States District Judge

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm

[2] Access code: 8411435; Security code: 123456. All status conferences are with Judge Black.